IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF          CV 08 80-199 MISC

ORDER TO SHOW CAUSE

Eric Michael Borgerson - #177943

_____/

It appearing that he has been enrolled as an inactive member of the State Bar of California due to Rule 9.21 of the California Rules of Court and that pursuant to this provision, he may not practice law in the State of California effective August 15, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before November 19, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
Eric Michael Borgerson
Attorney At Law
2625 School Street
Oakland, CA 94602