**FILED**

DEC 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                         No CV 08-80199 MISC VRW

Eric Michael Borgerson,                   ORDER

    State Bar No 177943
_____/

    On October 10, 2008, the court issued an order to show cause (OSC) why Eric Michael Borgerson should not be removed from the roll of attorneys authorized to practice law before this court based on his tender of resignation from the California State Bar with charges pending. The OSC was mailed to the address of record for Mr Borgerson. Mr Borgerson has filed no response to the OSC. He has now been suspended by the California State Bar following a criminal conviction, effective October 13, 2008.

    The court now orders Eric Michael Borgerson removed from the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

                                                  **VAUGHN R WALKER**
                                                United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:

Eric Michael Borgerson,

_____/

Case Number: CV08-80199 MISC VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 15, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Michael Borgerson
2625 School Street
Oakland, CA 94602

Dated: December 15, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*